1
2
3
4
5
6
7       **UNITED STATES DISTRICT COURT**
8        **DISTRICT OF NEVADA**
9
10
11 HECTOR VASQUEZ,      )
               )
12      Petitioner,   )   Case No. 2:13-cv-00279-JAD-VCF
               )
13 vs.          )   **O R D E R**
               )
14 STATE OF NEVADA, *et al.*,   )
               )
15      Respondents.  )
 _____/
16

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On August 30, 2013, this Court granted petitioner's motion for counsel and appointed the Federal Public Defender to represent petitioner in this action. (Dkt. #4). On September 27, 2013, Jason F. Carr of the Federal Public Defender's Office appeared on behalf of petitioner. (Dkt. #9). The Court now sets a schedule for further proceedings in this action.

**IT IS HEREBY ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all

1   possible grounds for habeas corpus relief must be raised at this time in this action and that the failure

2   to do so will likely result in any omitted grounds being barred from future review.

3       **IT IS FURTHER ORDERED** that petitioner shall have **90 days** from the date of entry of

4   this Order to **FILE AND SERVE** on respondents an amended petition for writ of habeas corpus,

5   which shall include all known grounds for relief (both exhausted and unexhausted).

6       **IT IS FURTHER ORDERED** that respondents shall have **30 days** after service of an

7   amended petition within which to answer or otherwise respond to the amended petition.  If petitioner

8   does not file an amended petition, respondents shall have **30 days** from the date on which the

9   amended petition is due within which to answer, or otherwise respond to, the original petition.

10      **IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall

11  have **30 days** after service of the answer to file and serve a reply.

12      **IT FURTHER IS ORDERED** that any state court record exhibits filed by the parties herein

13  shall be filed with an index of exhibits identifying the exhibits by number or letter.  The CM/ECF

14  attachments that are filed shall further be identified by the number or numbers (or letter or letters) of

15  the exhibits in the attachment.

16      **IT IS FURTHER ORDERED** that the parties shall send courtesy (paper) copies of all

17  exhibits presented in support of the amended petition and the response to the amended petition to the

18  **Reno** Division of this Court.  Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia

19  St., Reno, NV, 89501, and **directed to the attention of "Staff Attorney"** on the outside of the

20  mailing address label.

21      Dated this 15th day of October, 2013.

22

23      _____

24      UNITED STATES DISTRICT JUDGE

25

26

                                2