# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HECTOR VASQUEZ,

     Petitioner,

vs.

STATE OF NEVADA, *et al.*,

     Respondents.

Case No. 2:13-cv-00279-JAD-VCF

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time in which to file a reply to the answer. Petitioner seeks a 7-day enlargement of time, up to and including August 11, 2014, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply to the answer (Doc. 26) is **GRANTED.** Petitioner's reply shall be filed on or before **August 11, 2014.**

Dated this 4th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE